In the Matter of the Application of Edward M. Friedman, Respondent, against John H. Delaney, as Chairman of the Board of Transportation of the City of

New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.